UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN L. GRISSOM, JR., ) Case No. CV 14-7256-JLS (AJW)
)
        Petitioner, )
) JUDGMENT
   v. )
)
M.E. SPEARMAN, Warden, )
)
        Respondent. )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: September 29, 2014

_____
Josephine L. Staton
United States District Judge